```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARGARET TORRES,                    :
on behalf of herself and            :   CIVIL ACTION
all others similarly situated,      :   NO. 14-5915
                                    :
        Plaintiff,                  :
   v.                               :
                                    :
CAVALRY SPV I, LLC,                 :
                                    :
        Defendant.                  :

**O R D E R**

     **AND NOW**, this **7th** day of **April, 2015,** it is hereby **ORDERED** as follows:

    (1) Defendant's motion to dismiss (ECF No. 11) is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**;

    (2) Defendant's motion for leave to file a reply brief (ECF No. 20) is **GRANTED**;[1] and

    (3) The Clerk of Court shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

                          **/s/ Eduardo C. Robreno**
                          **EDUARDO C. ROBRENO,   J.**

---

[1] The Court considered the contents of Defendant's reply brief, as well as the contents of Plaintiff's notice of supplemental authority (ECF No. 26), in its determination of the motion to dismiss.